JS-6

1
2
3
4
5
6
7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| CHROME HEARTS LLC, a Delaware Limited Liability Company,<br><br>      Plaintiff,<br><br> vs.<br><br>BLUE APPLE JEWELRY, INC., a California Corporation; and DOES 1-10, inclusive,<br><br>      Defendants. | CASE NO.: CV 20-7234-GW-GJSx<br><br>**ORDER RE PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL OF DEFENDANT WITH PREJUDICE** |

21   WHEREAS **Plaintiff Chrome Hearts LLC** ("Chrome Hearts" or "Plaintiff") has

22 filed a Complaint in this action charging, inter alia, **Defendant Blue Apple Jewelry,**

23 **Inc.,** ("Blue Apple" or "Defendant") with trademark infringement, unfair competition

24 and related common and state law claims arising from Defendant's alleged unauthorized

25 manufacture, production, distribution, advertisement, offering for sale, and/or sale of

26 products bearing unauthorized reproductions of the Chrome Hearts Marks (attached

27 hereto and incorporated herein as **Exhibit A**).

28

1  WHEREAS, the parties have entered into a Settlement Agreement and Mutual
2  Release to fully resolve all of the claims in this action among the parties;

3  WHEREAS, without any admission of liability, Defendant has consented to entry
4  of a permanent injunction under the terms below, **IT IS HEREBY ORDERED** that:

5  1.  Defendant and its agents, servants, employees and all entities and/or
6  persons in active concert and participation with him are hereby permanently restrained
7  and enjoined from infringing upon the Chrome Hearts Marks in **Exhibit A**, including,
8  but not limited to:

9  a.  manufacturing, importing, advertising, marketing, promoting,
10  supplying, distributing, offering for sale, or selling the Accused Products or any other
11  products which bear the Chrome Hearts Marks and/or any marks confusingly similar
12  thereto;

13  b.  engaging in any other activity constituting unfair competition with
14  Chrome Hearts, or acts and practices that deceive consumers, the public, and/or trade,
15  including without limitation, the use of designations and design elements used or
16  owned by or associated with Chrome Hearts; and

17  c.  committing any other act which falsely represents or which has the
18  effect of falsely representing that the goods and services of Defendant are licensed by,
19  authorized by, offered by, produced by, sponsored by, or in any other way associated
20  with Chrome Hearts.

21  WHEREAS, Plaintiff and Defendant have further agreed as follows, and **IT IS**
22  **HEREBY FURTHER ORDERED** that:

23  2.  This Court has jurisdiction over the parties herein and has jurisdiction over
24  the subject matter hereof pursuant to 15 U.S.C. § 1121.

25  3.  The Parties' Stipulation to and entry of this Order shall serve to bind and
26  obligate the Parties hereto.

27  4.  Each Party shall bear their own attorneys' fees and costs associated with
28  the present action with neither one to be deemed as the prevailing Party.

5.     The jurisdiction of this Court is retained for the purpose of enforcing or modifying the Permanent Injunction granted by this Order.

6.     Except as provided for herein, Defendant is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: September 17, 2020

By: _____
Honorable George H. Wu
**United States District Judge**

**EXHIBIT A**

| Mark | U.S. Reg. No(s). | Goods/Services |
|---|---|---|
| **CHROME HEARTS** | 1,665,791 | Inter alia jewelry, belt buckles, clothing |
| | 2,118,026 | Inter alia handbags, wallets, men's and women's clothing |
| | 2,216,570 | Jewelry made wholly or in part of precious metal; namely, rings, earrings, necklaces, bracelets, cuff links, key rings, belt buckles, watches and tie fasteners. |
| | 2,216,575 | Clothing; namely, tee shirts, shirts, tank tops, pants, chaps jeans, sweaters and jackets. |
| | 2,307,126 | Jewelry made wholly or in part of precious metal, namely, rings, earrings, necklaces, bracelets, cuff links, key rings, belt buckles, watches and tie fasteners. |
| | 2,408,082 | Men's and women's clothing; namely, jeans, leather pants, skirts, jackets, chaps, sweaters, vests, tee-shirts and shirts. |
| | 3,388,911 | Clothing, namely, tee shirts, shirts, tank tops, sweatshirts, sweat pants, sweaters and hats. |
| | 3,385,449 | Jewelry, namely, bracelets, rings, watch bands, necklaces and lighters made of precious metals |

[PROPOSED] ORDER

| Mark | U.S. Reg. No(s). | Goods/Services |
|---|---|---|
| | 3,388,920 | Clothing, namely, tee shirts, shirts, sweatshirts, jackets and pants. |
| | 4,494,782 | Jewelry, namely, rings, earrings, necklaces, bracelets, cuff bracelets, brooches, tie fasteners, cuff links, watch bracelets. |
| | 3,605,860 | Jewelry, namely, rings, earrings, pendants, necklaces, bracelets, cuff bracelets, cuff links, watch bracelets and key rings made of precious metals |
| | 3,606,059 | Clothing, namely, tee shirts, shirts, tank tops, sweaters, sweat shirts, sweat pants, jeans, pants, jackets, coats and hats |
| | 3,877,137 | Clothing, namely, tee shirts, shirts, tank tops, sweaters, sweat shirts, sweat pants, jeans, leather pants, coats, jackets, hats, socks, underwear and footwear. |
| | 3,894,026 | Jewelry, namely, rings, earrings, pendants, cuff bracelets, bracelets, necklaces, cuff links, watch bracelets, brooches and dog tags for wear by humans for decorative purposes. |

| Mark | U.S. Reg. No(s). | Goods/Services |
|---|---|---|
| | 4,494,838 | Jewelry, namely, rings, earrings, necklaces, bracelets, cuff bracelets, tie fasteners, brooches, pendants, cuff links, key rings made of precious metals and watch bracelets. |
| | 4,510,024 | Clothing, namely, tee shirts, shirts, tank tops, sweaters, sweat shirts, sweat pants, vests, jackets, jeans, leather pants, dresses, skirts, swimwear, undergarments, hats and footwear. |
| ❈ CHROME HEARTS ❈ | 4,510,061 | Jewelry, namely, earrings, rings, bracelets, cuff bracelets, necklaces, pendants, brooches, cuff links, tie fasteners and watch bracelets, key rings of precious metals. |